[No. 11889-4-III.   Division Three.   January 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD FRANKLIN LLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01401-1, John A. Schultheis, J., entered May 28, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 14116-7-II.   Division Two.   January 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH GRUM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00047-1, Michael G. Spencer, J., entered June 18, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 11200-4-III.   Division Three.   January 28, 1993.]

VINTAGE VALLEY, INC., *Appellant*, v. QUAIL RUN VINTNERS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-2-01723-8, Michael E. Cooper, J., entered October 18, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.